UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: __17-16217-VFP__

Dana Marie Lisowski,    Chapter: __7__

    Debtor(s).    Judge: __Papalia__

---

**NOTICE OF PROPOSED ABANDONMENT**

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ___Vincent F. Papalia___ on ___08/1/17___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Condominium unit located at 34B Lincoln Gardens, Lake Hiawatha, NJ.<br>Fair Market Value: $155,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by M&T Bank/ Lakeview Loan Servicing, in the approximate amount of $200,816.87 |
|---|---|

| Amount of equity claimed as exempt: | -0- |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Barbara A. Edwards, Interim Trustee

Address:    Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410

Telephone No.:    201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-16217-VFP
Dana Marie Lisowski                                                   Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jun 27, 2017
                              Form ID: pdf905          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
```
db             +Dana Marie Lisowski,    257 Levinberg Lane,    Wayne, NJ 07470-4080
cr              Daimler Trust,   c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
516732582      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
516732583      +Cap1/l&t,   Po Box 30253,    Salt Lake City, UT 84130-0253
516732585      +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
516732586      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516732589       Dsnb Macys,   911 Duke Blvd,    Mason, OH 45040
516732590      +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516732592      +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                 Coral Gables, FL 33146-1837
516732594      +Mb Fin Svcs,   36455 Corporate Dr,    Farmington Hills, MI 48331-3552
516732595      +Mb Fin Svcs,   2050 Roanoke Rd,    Westlake, TX 76262-9616
516732596      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
516732600     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    12735 Morris Road Ext #,
                 Alpharetta, GA 30004)
516732598      +Tenaglia & Hunt, P.A.,   395 West Passaic Street,    #205,    Rochelle Park, NJ 07662-3016
516732599      +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
516732601       Toyota Motor Credit Co,    See Branch Listings,    Brea, CA 92621
516732602      +United Collection Bureau,    5620 Southwyck Blvd, Ste. 206,    Toledo, OH 43614-1501
516732603      +Us Dept Of Ed/glelsi,   Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 27 2017 22:27:30      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 27 2017 22:27:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:26
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516732584       E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:11      Care Credit,    PO Box 960061,
                 Orlando, FL 32896-0061
516732587      +E-mail/Text: mrdiscen@discover.com Jun 27 2017 22:26:56      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
516732588      +E-mail/Text: DSLBKYPRO@discover.com Jun 27 2017 22:27:57      Discover Student Loans,
                 Po Box 30948,   Salt Lake City, UT 84130-0948
516732591      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 27 2017 22:26:58      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516732593       E-mail/Text: camanagement@mtb.com Jun 27 2017 22:27:20      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
516732597      +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:26      Syncb/walmart Dc,    Po Box 965024,
                 Orlando, FL 32896-5024
516734831      +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2017 22:24:11      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 10
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                              Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jun 27, 2017
                              Form ID: pdf905          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2017 at the address(es) listed below:
              Barbara    Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Christopher J. Balala    on behalf of Debtor Dana Marie Lisowski cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```