**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−16217−VFP | **DATE FILED::** 3/29/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Dana Marie Lisowski<br>xxx−xx−1330 | ADDRESS OF DEBTOR(S):<br><br>257 Levinberg Lane<br>Wayne, NJ 07470 |
| DEBTOR'S ATTORNEY:<br>Christopher J. Balala<br>Scura, Wigfield, Heyer & Stevens, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br><br>(973) 696−8391 | TRUSTEE:<br>Barbara Edwards<br>Muscarella,Bochet,Edwards & D'Alessandro<br>10−04 River Road<br>Fair Lawn, NJ 07410<br>(201) 796−3100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/13/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 14, 2017                FOR THE COURT
                                         Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-16217-VFP
Dana Marie Lisowski                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 14, 2017
                              Form ID: noa             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
```
db             +Dana Marie Lisowski,   257 Levinberg Lane,    Wayne, NJ 07470-4080
cr              Daimler Trust,   c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
516732583      +Cap1/l&t,   Po Box 30253,    Salt Lake City, UT 84130-0253
516732590      +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516732592      +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    Mail Stop MS5/251,
                 Coral Gables, FL 33146-1837
516732594      +Mb Fin Svcs,   36455 Corporate Dr,    Farmington Hills, MI 48331-3552
516732596      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
516732598      +Tenaglia & Hunt, P.A.,   395 West Passaic Street,  #205,    Rochelle Park, NJ 07662-3016
516732601       Toyota Motor Credit Co,    See Branch Listings,    Brea, CA 92621
516732602      +United Collection Bureau,    5620 Southwyck Blvd, Ste. 206,    Toledo, OH 43614-1501
516732603      +Us Dept Of Ed/glelsi,   Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 02:00:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 02:00:19     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Sep 15 2017 01:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
516732582      +EDI: TSYS2.COM Sep 15 2017 01:43:00      Barclays Bank Delaware,   125 S West St,
                 Wilmington, DE 19801-5014
516732584       EDI: RMSC.COM Sep 15 2017 01:43:00      Care Credit,   PO Box 960061,   Orlando, FL 32896-0061
516732585      +EDI: CHASE.COM Sep 15 2017 01:43:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516732586      +EDI: CITICORP.COM Sep 15 2017 01:43:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
516732587      +EDI: DISCOVER.COM Sep 15 2017 01:43:00      Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
516732588      +EDI: DISCOVERSL.COM Sep 15 2017 01:43:00      Discover Student Loans,   Po Box 30948,
                 Salt Lake City, UT 84130-0948
516732588      +E-mail/Text: DSLBKYPRO@discover.com Sep 15 2017 02:00:43     Discover Student Loans,
                 Po Box 30948,   Salt Lake City, UT 84130-0948
516732589       EDI: TSYS2.COM Sep 15 2017 01:43:00      Dsnb Macys,   911 Duke Blvd,   Mason, OH 45040
516732591      +EDI: CBSKOHLS.COM Sep 15 2017 01:43:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
516732593       E-mail/Text: camanagement@mtb.com Sep 15 2017 02:00:12     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
516732597      +EDI: RMSC.COM Sep 15 2017 01:43:00      Syncb/walmart Dc,   Po Box 965024,
                 Orlando, FL 32896-5024
516734831      +EDI: RMSC.COM Sep 15 2017 01:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516732600       EDI: TFSR.COM Sep 15 2017 01:43:00      Toyota Motor Credit,   12735 Morris Road Ext #,
                 Alpharetta, GA 30004
516732599      +EDI: CITICORP.COM Sep 15 2017 01:43:00      Thd/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516732595*     +Mb Fin Svcs,   36455 Corporate Dr.,    Farmington Hills, MI 48331-3552
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Sep 14, 2017
                              Form ID: noa              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards     bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Christopher J. Balala    on behalf of Debtor Dana Marie Lisowski cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```