UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barbara A. Edwards, Interim Trustee
Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100
BAE7510

**Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DANA MARIE LISOWSKI,
                    Debtor.

| | |
|---|---|
| Case No.: | 17-16217-VFP |
| Chapter: | 7 |
| Judge: | Papalia |

## ORDER AUTHORIZING RETENTION OF

Muscarella, Bochet, Edwards & D'Alessandro, PC

The relief set forth on the following page is **ORDERED**.

**DATED: September 27, 2017**

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain  Muscarella,Bochet,Edwards&D'Alessandro

as _____Counsel to Trustee_____ , it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:    10-04 River Road_____

                                          Fair Lawn, NJ 07410_____

                                          _____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper

        application(s).

3.      If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

        ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

        13 case. Payment to the professional may only be made after satisfactory completion of

        services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-16217-VFP
Dana Marie Lisowski                                                             Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 27, 2017
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db            +Dana Marie Lisowski,    257 Levinberg Lane,    Wayne, NJ 07470-4080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
          Barbara  Edwards   on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara  Edwards   bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Christopher J. Balala   on behalf of Debtor Dana Marie Lisowski cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Denise E. Carlon   on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5