UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Tele: 201-796-3100
Counsel to Trustee
BAE7510

Order Filed on October 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dana Marie Lisowski,
                  Debtor.

Case No.:    17-16217-VFP

Judge:    Papalia

Chapter:    7

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  ACCOUNTANT TO TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 11, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

In re:     <u>Danie Marie Lisowski, Debtor</u>

Case No.:     <u>17-16217-VFP</u>

Applicant:     <u>Barbara A. Edwards, Interim Trustee</u>

(check all that apply)    ☑ Trustee:    ☑ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

                  ☐ Debtor:    ☐ Chap. 11      ☐ Chap. 13

                  ☐ Official Committee of _____

Name of Professional:     <u>Gramkow, Carnevale, Seifert & Co., LLC</u>

Address of Professional:     <u>2 Forest Avenue</u>

                               <u>Oradell, NJ</u>

☐   Attorney for (check all that apply):

     ☐ Trustee    ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☑   Accountant for:

     ☑ Trustee    ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☐   Other Professional:

     ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

     ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*