**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Tele: 201-796-3100
Counsel to Trustee
BAE7510

In Re:

Dana Marie Lisowski,
       Debtor.

**Order Filed on October 11, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  17-16217-VFP

Judge:  Papalia

Chapter:  7

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

# ORDER AUTHORIZING
## RETENTION OF   ACCOUNTANT TO TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 11, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

In re:       Danie Marie Lisowski, Debtor

Case No.:    17-16217-VFP

Applicant:    Barbara A. Edwards, Interim Trustee

(check all that apply) ☒ Trustee:    ☒ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☐ Debtor:    ☐ Chap. 11      ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    Gramkow, Carnevale, Seifert & Co., LLC

Address of Professional:    2 Forest Avenue

                                 Oradell, NJ

☐ Attorney for (check all that apply):

     ☐ Trustee    ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☒ Accountant for:

     ☒ Trustee    ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☐ Other Professional:

     ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

     ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Dana Marie Lisowski  
    Debtor

Case No. 17-16217-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 11, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.  
db          +Dana Marie Lisowski,   257 Levinberg Lane,   Wayne, NJ 07470-4080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:  
         Barbara    Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com, NJ48@ecfcbis.com  
         Barbara    Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, PC bedwardstrustee@aol.com, NJ48@ecfcbis.com  
         Barbara    Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
         Christopher J. Balala    on behalf of Debtor Dana Marie Lisowski cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
         Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                              TOTAL: 6