| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Muscarella, Bochet, Edwards & D'Alessandro, P.C.**<br>10-04 River Road<br>Fair Lawn, New Jersey 07410<br>Telephone: 201-796-3100<br>Counsel to Trustee<br>BAE7510<br><br>In re:<br><br>**DANA MARIA LISOWSKI,**<br><br>         Debtor. | Order Filed on November 8, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 17-16217-VFP<br><br>Adv. Pro. No.<br><br>Hearing Date: None<br><br>Judge: Papalia |

# ORDER APPOINTING
## SPECIAL LITIGATION COUNSEL TO TRUSTEE

  The relief set forth on the following pages, numbered two(2) through __2__ is hereby **ORDERED.**

**DATED: November 8, 2017**

                     _____
                     **Honorable Vincent F. Papalia**
                     **United States Bankruptcy Judge**

Page Two (2)
RE:        Dana Marie Lisowski, Debtor
           Chapter 7; Case No. 17-16217-VFP
CAPTION:   ORDER APPOINTING SPECIAL LITIGATION COUNSEL TO TRUSTEE

---

**THIS MATTER**, being opened to the Court by the firm of Muscarella, Bochet, Edwards & D'Alessandro , P.C., Counsel to Barbara A. Edwards, Interim Trustee in the above-captioned matter, and application having been made to the Court for authorization to retain special litigation counsel to trustee and good cause appearing for the entry of this Order; it is

**ORDERED** that The Law Offices of James C. De Sao , 322 Route 46 West, Suite 120, Parsippany, NJ 07054 be and is hereby retained as Special Litigation Counsel to trustee herein to represent her in connection with an asset of the bankruptcy proceeding, which is a claim for personal injury by the debtor, Dana Marie Lisowski, as a result of a motor vehicle accident that occurred on March 14, 2014 on Route 46 in Parsippany, NJ, which claim form the basis of an action currently pending in the Superior Court of New Jersey, Law Division, Morris County, entitled <u>Dana Lisowski vs. William J. Miller, et al,</u> bearing Docket No. MRS-L-2879-15, with compensation for services to be determined hereinafter upon application to this Court.

United States Bankruptcy Court
District of New Jersey

In re:
Dana Marie Lisowski
    Debtor

Case No. 17-16217-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 09, 2017
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db         +Dana Marie Lisowski,   257 Levinberg Lane,   Wayne, NJ 07470-4080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
           Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
            NJ48@ecfcbis.com
           Barbara   Edwards    on behalf of Attorney    Muscarella, Bochet, Edwards & D'Alessandro, PC
            bedwardstrustee@aol.com,   NJ48@ecfcbis.com
           Barbara   Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
           Christopher J. Balala    on behalf of Debtor Dana Marie Lisowski cbalala@scuramealey.com,
            ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
           Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 6